IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
REDROCK TRADING PARTNERS, LLC    *
and COMAAR CAPITAL INTERNATIONAL *
CORPORATION,                     *
                                 *
     Plaintiffs,                 *
                                 *
     v.                          *    CV 113-043
                                 *
BAUS MANAGEMENT CORPORATION;     *
B.A.U.S. SP. Z O.O.; B.A.U.S.    *
ADVANCED TECHNOLOGIES SP. Z O.O.;*
MONIKA ANNA BAUS; and FRANZ      *
JOSEF BAUS,                      *
                                 *
     Defendants.                 *
```

O R D E R

Under Local Rule 41.1, the Court may, after notice to counsel of record, dismiss any action with or without prejudice for want of prosecution if a party (1) fails to comply with an order compelling discovery; (2) willfully disobeys or neglects any order of the Court; or (3) fails to prosecute the action with reasonable promptness. Upon a review of the record, the Court finds that Plaintiffs have failed to comply with an order of this Court. Specifically, on October 10, 2014, this Court directed Plaintiffs to show cause as to why the Court should not dismiss the remaining defendants — Monika Baus and Baus

Management Corporation — for lack of personal jurisdiction.[1] (Doc. 35.) Plaintiffs were given ten (10) days to respond to the show cause order, but have yet to do so. Thus, twenty-eight (28) days have passed without response.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** for Plaintiffs' failure to prosecute. The Clerk is directed to terminate all motions and **CLOSE** the case.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of November, 2014.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In that Order, the Court also dismissed all claims against Defendants B.A.U.S. AT and Franz Josef Baus. (Doc. 35.)

2